UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JOEL VAUGHN                                      CASE NO. 20-10781
NORMA ELIZABETH VAUGHN                           JUDGE BENJAMIN A. KAHN
622 PROSPECT ST
EDEN, NC  27288

    DEBTORS

SSN(1) XXX-XX-5403       SSN(2) XXX-XX-8459           DATE: 09/03/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCEPTANCE NOW<br>ATTN OFFICER/MANAGING AGENT<br>5501 HEADQUARTERS DR<br>PLANO, TX  75024 | $0.00<br>INT:  .00%<br>NAME ID: 173175<br>CLAIM #:  0006 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $24.67<br>INT:  .00%<br>NAME ID: 43468<br>CLAIM #:  0023 | (X) SPECIAL-UNSECURED<br><br>ACCT: 2870<br>COMMENT:  CLASS B,821OR |
| CAPITAL BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $525.79<br>INT:  .00%<br>NAME ID: 171696<br>CLAIM #:  0008 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7911<br>COMMENT:  CLASS A/B,821OR |
| DATA MAX<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT:  .00%<br>NAME ID: 136979<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $874.91<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #:  0010 | (X) SPECIAL-UNSECURED<br><br>ACCT: 6984<br>COMMENT: 821OR,1020A,CLASS A |
| FINGERHUT<br>P O BOX 166<br>NEWARK, NJ  07101-0166 | $0.00<br>INT:  .00%<br>NAME ID: 10312<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID BLVD<br>FISHERS, IN  46037 | $0.00<br>INT:  .00%<br>NAME ID: 159274<br>CLAIM #:  0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3368<br>COMMENT: DT RERP,DIR,121A |
| FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID BLVD<br>FISHERS, IN  46037 | $0.00<br>INT:  .00%<br>NAME ID: 159274<br>CLAIM #:  0018 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3368<br>COMMENT:  ARR,121A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID BLVD<br>FISHERS, IN  46037 | $0.00<br>INT: .00%<br>NAME ID: 159274<br>CLAIM #: 0019 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3368<br>COMMENT: ARR,DIR,121A |
| GMAC<br>2840 ELECTRIC RD STE 202<br>ROANOKE, VA  24018 | $0.00<br>INT: .00%<br>NAME ID: 183442<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HEALTHCARE RECEIVABLES<br>318 NANCY LYNN LANE<br>KNOXVILLE, TN  37919 | $0.00<br>INT: .00%<br>NAME ID: 162165<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $12,209.91<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (X) SPECIAL-UNSECURED<br><br>ACCT: PEN<br>COMMENT: CLASS A/B,821OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $216.68<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0016 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7756<br>COMMENT: QVC,CLASS A/B,821OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,250.24<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (X) SPECIAL-UNSECURED<br><br>ACCT: 16TX<br>COMMENT: CLASS A/B,821OR |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $6,525.00<br>INT: 5.25%<br>NAME ID: 162216<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 9316<br>COMMENT: 06FORD,1020A |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $314.02<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 10005 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9316<br>COMMENT: SPLIT,CLASS A,821OR |
| PROACTIVE SOLUTION<br>P O BOX 2020<br>HARLAN, IA  51593-0001 | $0.00<br>INT: .00%<br>NAME ID: 183443<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SECT/100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $12,430.07<br>INT: .00%<br>NAME ID: 51368<br>CLAIM #: 0015 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9295<br>COMMENT: CLASS A/B |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0020 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $0.00<br>INT: .00%<br>NAME ID: 159712<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 3 - CHAPTER 13 CASE NO. 20-10781

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| SYNCHRONY BANK/BELK<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT:  .00%<br>NAME ID: 157599<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $456.86<br>INT:  .00%<br>NAME ID: 176005<br>CLAIM #:  0022 | (X) SPECIAL-UNSECURED<br><br>ACCT: 0001<br>COMMENT: CLASS A/B,821OR |
| WHY NOT LEASE IT<br>% TEMPOE LLC<br>720 E PETE ROSE WAY STE 400<br>CINCINNATI, OH  45202 | $0.00<br>INT:  .00%<br>NAME ID: 182952<br>CLAIM #:  0007 | (U) UNSECURED<br>SURRENDERED<br>ACCT:<br>COMMENT: 321OR |
| **TOTAL:** | **$34,880.15** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  09/03/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
    Attorney for Debtors - Electronic Notice